1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DOMINIC FRANK ACCETTA,

11            Petitioner,              No. CIV S-03-2210 FCD KJM P

12      vs.

13   EDWARD ALAMEIDA,

14            Respondent.            <u>ORDER</u>

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On June 12, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22   has filed objections to the findings and recommendations and has attached several exhibits

23   supporting his claim that the car in which he was stopped was not his.  The court has reviewed

24   this additional evidentiary support in connection with its <u>de</u> <u>novo</u> review of the case.

25            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

26   304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire

1    file, the court finds the findings and recommendations to be supported by the record and by

2    proper analysis.

3               Accordingly, IT IS HEREBY ORDERED that:

4               1.  The findings and recommendations filed June 12, 2006, are adopted in full;

5    and

6               2.  Petitioner's application for a writ of habeas corpus is denied.

7    DATED: August 24, 2006

8

9                                     /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.

10                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2